**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Michael Edward CURRY,**
**Defendant–Appellant.**

**No. 14–15608**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

July 29, 2015.

Robert G. Davies, U.S. Attorney's Office, Pensacola, FL, Pamela C. Marsh, Francis Todd Williams, U.S. Attorney's Office, Gainesville, FL, Plaintiff–Appellee.

Chet Kaufman, Darren James Johnson, Randolph Patterson Murrell, Federal Public Defender's Office, Tallahassee, FL, for Defendant–Appellant.

Before MARTIN, JORDAN and ANDERSON, Circuit Judges.

PER CURIAM:

Randolph Murrell and Chet Kaufman, appointed counsel for Michael Edward Curry, have filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsels' assessment of the relative merit of the appeal is correct. Because independent review of the entire record reveals no arguable issues of merit, counsels' motion to withdraw is **GRANTED,** and Curry's conviction and sentence are **AFFIRMED.**